# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141168(49)(51)

RICHARD LOWEKE and SHERRI LOWEKE,
      Plaintiffs-Appellants,

v

ANN ARBOR CEILING & PARTITION
COMPANY, INC.,
      Defendant-Appellee.

_____

SC: 141168
COA: 289451
Wayne CC: 08-115935-NO

On order of the Chief Justice, the motion by motions by Michigan Defense Trial Counsel and the Michigan Association for Justice for leave to file briefs *amicus curiae* are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011

_____
Clerk